**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ERIC THOMAS HALL,

        Plaintiff,

v.

        Case No. 3:23-cv-929-TJC-LLL

SCOTTY RHODEN, etc., et al.,

        Defendants.

## O R D E R

This case is before the Court on <u>pro se</u> Plaintiff's Motion for Relief from Judgment (Doc. 60).    Plaintiff moves under Rule 60(b)(6) of the Federal Rules of Civil Procedure, seeking to have the Court vacate its May 27, 2025 Order (Doc. 41) and May 28, 2025 Judgment (Doc. 42) and to reopen summary judgment to permit plaintiff to supplement the record before issuing a new ruling.    <u>See</u> Doc. 60.

"[A] district court presented with a Rule 60(b) motion after a notice of appeal has been filed should consider the motion and assess its merits." <u>Mahone v. Ray</u>, 26 F.3d 1176, 1180 (11th Cir. 2003).    If the motion is due to be denied, the district court retains jurisdiction to so rule; if the district court finds the motion is meritorious, the district court should so indicate and appellant can then move the appellate court to remand the case so the district court can grant relief.    <u>Id.</u>

Here, the Court has reviewed the motion as well as the underlying order and judgment and determines the motion (Doc. 60) is due to be, and hereby is, **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of July, 2026.



Timothy J. Corrigan
TIMOTHY J. CORRIGAN
Senior United States District Judge

s.
Copies:

Clerk of Court, United States Court of Appeals for the Eleventh Circuit
Counsel of record
<u>Pro</u> <u>se</u> plaintiff

2